UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELY REYES MARTINEZ,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>VROOM, INC., et al.,<br><br>                              Defendants. | 22 Civ. 07631 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record at the September 29, 2023 conference, Defendants' motion to compel arbitration is GRANTED. This case is stayed pending the outcome of the arbitration. The parties shall file a status letter within fourteen days of the final judgment of the arbitrator.

The Clerk of Court is directed to terminate ECF No. 23. The Clerk of Court is further directed to stay this case.

Dated: September 29, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge