> The Court construes the joint letter as a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).
>
> The Clerk of Court is directed to close the case.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
>
> Jennifer H. Rearden, U.S.D.J.
> Dated: June 13, 2025

June 12, 2025

**VIA ECF**

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>Martinez v. Vroom, Inc., et al.</u>, Case No. 22 Civ. 07631 (JHR) (S.D.N.Y.)

Dear Judge Rearden:

We write on behalf of all parties regarding the Court's order dated June 11, 2025 (ECF No. 37), directing the parties to file a joint letter updating the Court on the status of this matter.

Following the Court's decision granting defendants' motion to compel arbitration of Plaintiff's claims (ECF No. 35), Plaintiff has advised that she does not intend to proceed with arbitration at this time, and therefore consents to dismissal of the above-referenced action without prejudice.

We appreciate the Court's attention to this matter.

Respectfully submitted,

s/ Joshua E. Abraham [1]
Joshua E. Abraham
of ABRAHAM ESQ. PLLC

*Counsel for Plaintiff Emely Reyes Martinez*

s/ Eric F. Leon
Eric F. Leon
of LATHAM & WATKINS LLP

*Counsel for Defendants Vroom Inc. and Vroom Automotive, LLC*

cc:   All counsel of record (via ECF)

---

[1] Electronic signature is used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.